David P. Myers (SBN 206137)
dmyers@myerslawgroup.com
Jason Hatcher (SBN 285481)
jhatcher@myerslawgroup.com
Morgan J. Good (SBN 311344)
mgood@myerslawgroup.com
Cassandra A. Castro (SBN 334238)
ccastro@myerslawgroup.com
**THE MYERS LAW GROUP, A.P.C.**
9327 Fairway View Place, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 919-2027
Facsimile: (888) 375-2102

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVAREZ, KAREEM DAVIS, ETHEL HERRERA, and CHAD SHOEMAKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>V.<br><br>CITY OF OXNARD, a California municipality; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08044-PSG-JC<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND COLLECTIVE ACTION SETTLEMENT**<br><br>Date:     August 19, 2022<br>Time:    1:30 p.m.<br>Courtoom: 6A<br><br>Complaint filed: July 26, 2019<br>Removed: October 21, 2019 |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

<u>PLEASE TAKE NOTICE</u> that at 1:30 p.m. on August 19, 2022, before the Honorable Philip S. Gutierrez, United States District Judge, in Courtroom 10A of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, Plaintiffs Jose Alvarez; Kareem Davis; Ethel Herrera; Chad Shoemaker ("Plaintiffs") will and hereby do move this Court to issue an order granting preliminary approval for the class action settlement, for an order appointing Plaintiffs as the Class Representatives for the proposed Settlement Class, for an order granting preliminary approval for the collective action settlement, for an order appointing Plaintiffs as the Class Representatives for the Collective Class, and for an order confirming the appointment of The Myers Law Group, A.P.C. as Class Counsel for the Settlement Class and the Collective Class. Good cause exists for the granting of this Motion in that the proposed settlement is fair, reasonable, and adequate.

The Motion will be based on this Notice of Motion, the Declarations of David P. Myers, Jason Hatcher and each of the named Plaintiffs, the Memorandum of Points and Authorities filed concurrently, the motions and exhibits on file in this matter, and on such oral and documentary evidence as may be presented before or at the hearing of the Motion. This motion is made pursuant to Local Rule 7-3.

DATED: July 15, 2022

Respectfully submitted,
**THE MYERS LAW GROUP, A.P.C.**

By: /s/Jason Hatcher
David P. Myers,
Jason Hatcher,
Morgan J. Good,
Cassandra A. Castro
Attorneys for Plaintiffs, the Class, and the Collective Class

1

PLAINTIFFS' NOTICE OF MOTION AND RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND COLLECTIVE ACTION SETTLEMENT