David P. Myers (SBN 206137)
dmyers@myerslawgroup.com
Jason Hatcher (SBN 285481)
jhatcher@myerslawgroup.com
Morgan J. Good (SBN 311344)
mgood@myerslawgroup.com
**THE MYERS LAW GROUP, A.P.C.**
9327 Fairway View Place, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 919-2027
Facsimile: (888) 375-2102

Attorneys for Plaintiffs, the Class, and the Collective

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVAREZ, KAREEM DAVIS, ETHEL HERRERA, and CHAD SHOEMAKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>V.<br><br>CITY OF OXNARD, a California municipality; and DOES 1 through 100, inclusive,<br><br>DEFENDANTS. | Case No. 2:19-cv-08044-PSG-JC<br><br>CLASS AND COLLECTIVE ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Date:    March 17, 2023<br>Time:    1:30 P.M.<br>Courtroom: 6A<br><br>Action Filed: August 5, 2019<br>Removed: September 17, 2019 |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that at 1:30 p.m. on March 17, 2023, before the Honorable Philip S. Gutierrez, United States District Judge, in Courtroom 10A of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, Plaintiffs Jose Alvarez; Kareem Davis; Ethel Herrera; Chad Shoemaker ("Plaintiffs") will and hereby do move this Court for an order granting final approval for the class and collective action settlement, for an order confirming class and collective certification of the Settlement Class and Participating FLSA Collective Members, the appointment of Plaintiffs Jose Alvarez; Kareem Davis; Ethel Herrera; Chad Shoemaker as the Class and Collective Representatives of the proposed Settlement, and for an order confirming the appointment of The Myers Law Group, A.P.C. as Class and Collective Counsel for the Settlement Class and Participating FLSA Collective Members. Good cause exists for the granting of this Motion in that the proposed settlement is fair, reasonable, and adequate.

    The Motion will be based on this Notice of Motion and Motion; Memorandum of Points and Authorities; the Declarations of Plaintiffs Jose Alvarez; Kareem Davis; Ethel Herrera; Chad Shoemaker; Declaration of Nathalie Hernandez (agent of third party administrator), and attorneys David P. Myers and Jason Hatcher; and on such oral and documentary evidence as may be presented before or at the hearing of the Motion. This motion complies with Local Rule 7-3.

DATED: February 15, 2023      Respectfully submitted,
**THE MYERS LAW GROUP, A.P.C.**

By:   /s/ David P. Myers
      David P. Myers,
      Jason Hatcher,
      Attorneys for Plaintiff, the Class, and
      Participating FLSA Collective Members